FILED

JAN 29 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOEL ALEXANDER WRIGHT<br><br>                    Defendant. | Case No.: '16 MJ0277<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., §2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; Title 18, U.S.C., §2241(c) – Aggravated Sexual Abuse of a Child |

The undersigned complaint being duly sworn states:

Count 1

On or about January 29, 2016, within the Southern District of California, and elsewhere, defendant JOEL ALEXANDER WRIGHT, a United States citizen did attempt to travel in interstate and foreign commerce, to wit: from Ohio to California for the purpose of engaging in any illicit sexual conduct (as defined by 18 U.S.C. §2423(f)) with another person; in violation of Title 18, United States Code, Section 2423(b).

Count 2

On or about January 29, 2016, within the Southern District of California, and elsewhere, defendant Joel Alexander WRIGHT did cross state lines with intent to engage in a sexual act (as defined by 18 U.S.C. §2246(2) with a person who had not attained the age of 12 years; in violation of Title 18, United States Code, Section 2241(c).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Peter J. Olesen, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 29th day of January, 2016.

Hon. RUBEN B. BROOKS
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

In November 2015, the Homeland Security Investigations (HSI) San Diego Cyber Crimes Group received a National Center for Missing and Exploited Children (NCMEC) CyberTipline report that contained information relating to a person who placed an advertisement on Craigslist for Tijuana, Mexico, soliciting the adoption of infants. A reporting person (RP), residing in Tijuana, stated that he had responded to the advertisement and learned that the individual, later identified by law enforcement as Joel Alexander WRIGHT was residing in the United States and was studying to be a priest in Columbus, Ohio. IN November 2015, HSI special agents (SAs) spoke with the RP who confirmed the NCMEC provided information and further detailed his interactions with WRIGHT. The RP stated that he first met WRIGHT through online communications approximately a year and a half prior when WRIGHT initially sought adoption of a child in Tijuana. Although dishonest, the RP communicated to WRIGHT that he could assist with obtaining a child for WRIGHT to adopt. In July 2014, WRIGHT travelled to Tijuana and met with the RP, hoping to adopt a child. The RP stated that he transported WRIGHT to a Tijuana area hotel where WRIGHT paid him money as an adoption fee. The RP told WRIGHT that he would leave to get the child for WRIGHT and would

3

return to the hotel with the child. The RP never returned to WRIGHT, with a child or otherwise.

Law Enforcement database records reveal that WRIGHT entered into the United States from Mexico at the San Ysidro Port of Entry via the pedestrian lanes on July 20, 2014 at 10:55pm and on July 21, 2014 at 8:23am using a Passport Card assigned to him. These crossings by WRIGHT are consistent with the timeframe that the RP stated WRIGHT had travelled to Tijuana for the adoption of a child.

The RP stated that he again communicated with WRIGHT beginning in July 2015 after finding another Craigslist advertisement, in which WRIGHT was seeking a travel guide. WRIGHT was using an email address with username "Joel Wright," while the RP was using a new email address. WRIGHT's conversation initially centered around travelling to Tijuana for a medical appointment, meeting a woman to marry, and adopting a child. The conversation eventually shifted to WRIGHT's desire to engage in illicit sexual conduct with female infants. On November 25, 2015, when asked if he had sexual experience with infants, WRIGHT emailed that "I have not gone all the way before but I have made it very close in the past so I do have experance." [sic]

4

On December 3, 2015, an HSI Undercover Agent (UCA) took over the RP's email account, with the RP's consent, and began communicating with WRIGHT. On December 6, 2015, WRIGHT stated in an email that "I think one fun thing we could do at the same time with the infant baby is you could be in her mouth with your thing and I could be penetrating her so she would be getting it from both ways and she would suck you probably really hard and with the 4 year old I think I will spank her a while to warm her up and make her a little angry so we can chase her around the place and I will penetrate her very hard which will be fun and if she is angry at me she will be even more fun because she will probably try to get away and it is so much more fun when it is a bit of a struggle --- what do you think?"

On December 10, 2015, HSI San Diego SA A. Rios purchased an airline ticket for WRIGHT at WRIGHT's request for travel to San Diego, California from Columbus, Ohio. WRIGHT provided his full name as "Joel A Wright" and his date of birth and requested "disability assistance" to the UCA to purchase the airline ticket. WRIGHT intended to ultimately travel to Tijuana to engage in illicit sexual conduct with an infant. WRIGHT stated to the UCA that he had "…some experance but i haven't really tried anything to risky but i plan on going all the way when i visit i think we will have a 1 and

5

4 so it should be great and i am more than happy to do some of it live for you so you can enjoy." WRIGHT referred to the one year old and four year old children he believed that he was going to engage in the sex acts with. Travel was to occur on December 11, 2015, but WRIGHT never boarded the plane and sent an email to the UCA stating that he was not going to travel. WRIGHT emailed the UCA "I will not be coming tomorrow Friday. Please don't ever contact me again for anything. being you are within the 24 hours of purchasing the ticket you can get a full refund. so don't ever contact me again and I wish to have nothing to do with any of your projects or clubs or anything you do. I here by revoke any promises or relationships we may have entered into." Prior to the purchase of the airline ticket, WRIGHT offered to repay the UCA a percentage of the airline ticket in installments of $90.00, beginning the following month. WRIGHT also offered to give the UCA the four year old child he was planning to adopt, "so i could give you the 4 as a present after I finish... and you would have the 4 to keep." As collateral, WRIGHT offered the UCA a vintage European military jacket and DVD sets of multiple television series. Communication with WRIGHT ceased at that time.

6

On December 28, 2015 at approximately 2:47pm, an advertisement was posted in the general community section of the Tijuana, Mexico Craigslist website. The advertisement was titled, "looking for female tourguide." The advertisement read in part "…looking for a female who can help me when I visit and show me local attractions and good food along with places to have fun and introduce me to good people. please respond with your email and contact information and a pic…" On January 13, 2016, the RP created a fictitious email account, purporting to be a female tour guide, and responded to the advertisement. That same day, the RP received a response from the same email as before (described above) with the username Joel Wright, with the question "… is there anything you won't do for me or help me with?" WRIGHT stated via email that he "… goes by the name Joel so that is fine to call me it."

On January 14, 2016, WRIGHT emailed the RP stating "I want to adopt / own a baby girl (under the age of 3) and I want to have intercourse with her after I own her but don't be telling people that --- I can come next Thursday but I won't pay until I have seen the baby and I will pay the parents then. … the cheapest baby girl under 3 would be good… and call me by the name Francis…" WRIGHT asked in a subsequent email "… for the baby girl to have overnight can I fully penetrate her and how old is she…?" In a

7

follow-up email message WRIGHT stated, "I want the three babies to play with and penetrate. i am real – so like for next week can you set it up for me and so you have pics of them in fun positions or any videos of them." WRIGHT also sent a photo of himself and stated "this is me (Francis) with a friend of mine ya I know I am kind of fat and don't look all that great. I am the one wearing the hat." WRIGHT asks the RP via email "will you stay for a little while in the hotel to watch me with them and video some of me playing with them? yes i want all 3 of them and it will be so great." WRIGHT stated via email that "i live on the east coast of the US so i probably will be flying although i have taken the greyhound from Boston MA all the way to TJ and lets just say that was exciting…" WRIGHT was asked via email, by the RP, if he had previous experience with infants, to which he replied via email"… i have some experance in the past and yes i plan on doing oral as well baby girls are so good at sucking and penetrating is so much fun with them and well chasing them around and doing all that stuff is a lot of fun  i am glad you will be able to video it and spend the time with me and i am looking forward to being your friend…" WRIGHT stated "yes i will bring the money and all that good stuff. and yes i will bring some candy and i will also bring some lubricant for the babies to make them nice and soft. but i do plan on penetrating fairly hard ok."

8

On January 15, 2016, WRIGHT stated via email that "virgin babies are the best and the ones that you have found sound good and that the parents are willing to have them rented out is so cool. so yes I want the 1 2 and 3 year old that you have found for me. we willtake videos and have all kinds of fun... I plan on playing hard and penetrating all of them but the older to a lot harder than the 1 year old – i will be gentle with her and i plan on kissing all of them all over them and doing all kinds of fun stuff." WRIGHT stated "... with the 3 year old I will be the hardest to and I will be kind of hard with the 2 year old but I will be gentle with the 1 year old and first I will start out gentle with the older one and then get gradually harder as they are warmed up. I do plan on spanking them as well to get them in the right position. and I think with the older 3 year old I will be kind of hard to and spank hard because well I like them when they get a little mad and start crowllling about and you have to chase them around the room. we will need to get some children's tylonol to relax them and candy to help them be relaxed. Does the bathroom have a bath where I can take a bath with all of them?...we can totally sell the videos and make money – that will be great... all I ask is when you take the video not to show my face... if they haven't been penetrated before they tend to bleed a little

9

the first time – so we will need cream and wipes." WRIGHT also stated "yes i like church – it makes me feel good."

On January 19, 2016, HSI San Diego SA's assumed the email account used by the RP, to communicate with WRIGHT. On January 23, 2016, WRIGHT stated via email that he "… picked up a infant pain relief med and a pretty outfit which I think should fit the 1 or 2 year old." In a subsequent email, WRIGHT stated that he "… will try to find some lube here at the store that we can use."

On January 25, 2016, WRIGHT stated via email that he had purchased an American Airlines ticket to travel from Ohio to San Diego, California on January 29, 2016, arriving at 11:30am. On January 26, 2016, an HSI San Diego SA A. Rios spoke with a customer service manager with American Airlines who confirmed that WRIGHT purchased the airline ticket for travel on January 29, 2016. The customer service manager provided a printout of the WRIGHT's reservation which displayed American Airlines flight #584 departing CMH at 7:25am and arriving at PHX at 10:09am, and American Airlines flight #623 departing PHX at 11:15am and arriving at SAN at 11:31am.

10

On January 28, 2016, WRIGHT stated via email that he is "… so looking forward to it. it will be so great to spend time with you all and have fun with the babies. I will leave early Friday morning for an early flight and arriving at san diego around lunchtime so it should be great." WRIGHT was offered transportation upon arriving in San Diego. WRIGHT was instructed to call the UCA to be picked up on Friday at the San Diego International Airport. On January 28, 2016 at 12:33pm, WRIGHT called the UCA from phone number 614-xxx-0319 (purposefully omitted), and identified himself as "Francis," and wanted to confirm that the UCA would pick him up on Friday and to inform the UCA they he has difficulty seeing.

On January 29, 2016, Wright deplaned from the scheduled flight in San Diego and called the UCA and said he was down baggage claim. Wright was arrested outside the baggage claim area with a cell phone and a duffle bag.

11